# ELECTRONIC RECORD

| | |
|---|---|
| **COA #** 05-13-01004-CR | **OFFENSE:** 49.04 |
| **STYLE:** Nicolas Stephen Lloyd v. The State of Texas | **COUNTY:** Collin |
| **COA DISPOSITION:** REVREM | **TRIAL COURT:** 401st Judicial District Court |
| **DATE:** 12/22/2014    Publish: YES | **TC CASE #:** 401-81624-2012 |

## IN THE COURT OF CRIMINAL APPEALS

**STYLE:** Nicolas Stephen Lloyd v. The State of Texas

_____ State's _____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____ REFUSED _____

DATE: 04/22/2015

JUDGE: Per Curiam

**CCA #:** 097-15

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____ PC: _____

PUBLISH: _____ DNP: _____

------------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**